UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURWOOD PRICE,

       Plaintiff,

vs.

PATRICIA CARUSO,

       Defendant.
_____/

Civil Action No.
05-CV-71403-DT

HON. BERNARD A. FRIEDMAN

## OPINION AND ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION OF MARCH 23, 2007 (DKT. NO. 69)

This matter is presently before the Court on Plaintiff's Motion for an Emergency Temporary Restraining Order. Curwood Price ("Plaintiff") is a pro se prisoner. In his motion, he seeks a temporary restraining order to prevent Patricia Caruso ("Defendant") from "closing and abandoning" the Southern Michigan Correctional Facility ("JMF"). (Pl.'s Mot., 3.) In addition, Plaintiff asks the Court to prevent the removal and improper handling of a holy Torah, which is currently housed at the JMF. (Id. at 2-3.)

Magistrate Judge Steven Pepe has submitted a Report and Recommendation, in which he recommends that the Court deny Plaintiff's motion.[1] Plaintiff has filed objections to the Report and Recommendation. The Court reviews *de novo* those portions of the Report and Recommendation to which a specific objection has been made. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). After having made such a review of the motion and the established record, the

---

[1] The docket sheet shows that Magistrate Judge Pepe had initially entered an order denying Plaintiff's Motion for an Emergency Temporary Restraining Order, on March 23, 2007. (Dkt. No. 68.) However, Magistrate Judge Pepe then corrected the docket entry, by reopening the Plaintiff's motion and entering his Report and Recommendation. (Dkt. No. 70.)

Court shall accept and adopt the Magistrate Judge's recommendations.

Accordingly,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation of March 23, 2007, is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Plaintiff's objections to the Report and Recommendation are overruled.

\_\_\_\_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated:   June 5, 2007
         Detroit, Michigan