UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURWOOD PRICE,

       Plaintiff,

vs.

PATRICIA CARUSO,

       Defendant.
_____/

Civil Action No.
05-CV-71403-DT

HON. BERNARD A. FRIEDMAN

**OPINION AND ORDER ACCEPTING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION OF JUNE 1, 2007**
**(DKT. NO. 80)**
**and**
**DENYING PLAINTIFF'S MOTION FOR IMMEDIATE EMERGENCY INJUNCTION**
**(DKT. NO. 78)**

This matter is presently before the Court on Plaintiff's Motion for Immediate Emergency Injunction, which was filed on May 18, 2007. Magistrate Judge Steven Pepe has submitted a Report and Recommendation, in which he recommends that the Court deny Plaintiff's Motion as moot. No objections have been filed. After having made a review of the Report and Recommendation and the Motion, the Court shall accept and adopt the Magistrate Judge's recommendations.

Accordingly,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation of June 1, 2007, is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Immediate Emergency Injunction is denied as moot.

    _s/Bernard A. Friedman_
    BERNARD A. FRIEDMAN
    CHIEF UNITED STATES DISTRICT JUDGE

Dated:   July 9, 2007
         Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record by electronic and/or ordinary mail.

    s/Carol Mullins
    Deputy Clerk