UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CURWOOD L. PRICE,**

    Plaintiff,

v.      Case No. 05-71403
     Hon. Bernard A. Friedman

**PATRICIA CARUSO,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Steven D. Pepe's Report and Recommendation dated June 1, 2007. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Steven D. Pepe's Report and Recommendation dated June 1, 2007, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendants' motion to dismiss plaintiff's complaint and plaintiff's revised complaint are granted and the case is dismissed with prejudice.

  August 21, 2007            s/Bernard A. Friedman
     Detroit, Michigan            BERNARD A. FRIEDMAN
                                   CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

     **s/Patricia Foster Hommel**
     **Patricia Foster Hommel**
 **Secretary to Chief Judge Friedman**